IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| | ) | 1:06-cv-2965 (JTC) |
| v. | ) ) | |
| EPIC SYSTEMS CORPORATION, | ) ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S INTERROGATORY RESPONSES AND INFRINGEMENT CONTENTIONS

Pursuant to Fed. R. Civ. P. 37(a), 26(b)(1), and Local Patent Rule 4.1, Defendant Epic Systems Corp. ("Epic") respectfully requests that this Court order Plaintiff McKesson Information Solutions, LLC ("Plaintiff") to respond fully to certain interrogatories, as well as to serve Infringement Contentions that comply with this Court's Local Patent Rules. Specifically, Plaintiff either refuses to respond at all to Interrogatories Nos. 1, 3, 4, 5, 7, 13, and 15 or provides responses that are deficient in substance. Similarly, Plaintiff's Infringement Contentions fail to comply with the Local Patent Rules' requirement that each element of each asserted claim be specifically identified in the accused instrumentality.

As detailed more fully in its accompanying brief, Epic requests that this Court compel Plaintiff to: (1) provide complete responses to the Interrogatories specified above, and (2) identify where in the accused Epic product each and every element of the asserted claims of Plaintiff's patent exists. Epic further requests that the Court award Epic its attorney's fees and costs incurred in preparing this motion.

Epic certifies that pursuant to Local Rule 37.1 and Fed. R. Civ. P. 37(a), Epic has met its duty to confer in a good faith to resolve this matter before seeking relief from the Court.

Respectfully submitted, this 7th day of May, 2007.

                                              s/ William H. Boice
                                              Georgia Bar No. 065725
                                              Steven D. Moore
                                              Georgia Bar No. 520745
                                              D. Clay Holloway
                                              Georgia Bar No. 363296
                                              KILPATRICK STOCKTON LLP
                                              Suite 2800
                                              1100 Peachtree Street
                                              Atlanta, GA 30309-4530
                                              Telephone: (404) 815-6500
                                              Fax: (404) 815-6555

                                              Attorneys for Defendant Epic Systems Corporation

US2000 9965735.1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Defendant's Motion to Compel Plaintiff's Interrogatory Responses and Infringement Contentions upon counsel for plaintiff by filing with the Court's CM/ECF system, which will automatically send email documentation of such filing to the following attorneys of record:

| | |
|---|---|
| Timothy G. Barber | tim.barber@wcsr.com |
| Kenneth M. Miller | matt.miller@wcsr.com |
| Adam S. Katz | akatz@wcsr.com |
| George Pazuniak | gpazuniak@wcsr.com |
| Gerard M. O'Rourke | gorourke@wcsr.com |
| Jacqueline D. Austin | jaustin@wcsr.com |

This 7th day of May, 2007.

s/ William H. Boice
Georgia Bar No. 065725
COUNSEL FOR DEFENDANT