IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:06-cv-2965 (JTC) |
| v. | ) ) | |
| EPIC SYSTEMS CORPORATION, | ) ) | |
| Defendant. | ) | |

AMENDED NOTICE OF SUBPOENA AND DEPOSITION OF
EVELYN H. McCONATHY, ESQ.

Notice is hereby given that pursuant to Rules 26, 30 and 45, as well as other applicable provisions of the Federal Rules of Civil Procedure, defendant Epic Systems Corporation has subpoenaed documents from and will take the deposition of Evelyn H. McConathy, Esq. Documents will be produced on Friday, June 15, 2007 at the law firm of Kilpatrick Stockton LLP, 1100 Peachtree Street, Atlanta, GA 30309, with the deposition commencing on Wednesday, June 20, 2007 at 9:00 a.m. at Womble Carlyle Sandridge & Rice, 222 Delaware Avenue, Wilmington, DE, 19801, and continuing from day to day until complete. The deposition will be by oral examination, with a written stenographic and videographic record made thereof, and shall be taken before an officer authorized to administer oaths. The

subpoena commanding production of documents as originally served is still applicable.

Respectfully submitted, this 11th day of June, 2007.

    s/ William H. Boice
Georgia Bar No. 065725
Steven D. Moore
Georgia Bar No. 520745
D. Clay Holloway
Georgia Bar No. 363296
KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Fax: (404) 815-6555

Attorneys for Defendant Epic Systems Corporation

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Amended Notice of Subpoena and Deposition of Evelyn H. McConathy, Esq. upon counsel for plaintiff by filing with the Court's CM/ECF system, which will automatically send email documentation of such filing to the following attorneys of record:

| | |
|---|---|
| Timothy G. Barber | tim.barber@wcsr.com |
| Kenneth M. Miller | matt.miller@wcsr.com |
| Adam S. Katz | akatz@wcsr.com |
| George Pazuniak | gpazuniak@wcsr.com |
| Gerard M. O'Rourke | gorourke@wcsr.com |
| Jacqueline D. Austin | jaustin@wcsr.com |

This 11th day of June, 2007.

s/ William H. Boice
Georgia Bar No. 065725
COUNSEL FOR DEFENDANT

US2000 10074167.1