IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **McKESSON INFORMATION SOLUTIONS LLC,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**EPIC SYSTEMS CORPORATION,** )<br>)<br>**Defendant** )<br>_____ ) | Civil Action No.<br>1:06-CV-2965 JTC |

## McKESSON'S RESPONSE TO DEFENDANT EPIC SYSTEMS CORPORATION'S MOTION TO EXCEED PAGE LIMITATION

The page limitations contained in Local Rule 7.1 apply to briefs regarding "*a motion*." Prior to filing its claim construction brief, Plaintiff McKesson Information Solutions LLC ("McKesson") was advised by the court's personnel that Local Rule 7.1 does not apply to claim construction briefs, because they do not involve a motion but are filed under Local Patent Rule 6.5. McKesson acted on that advice and believes that to be the correct reading of the Local Rules.

Therefore, Epic's motion to exceed the page limit of Local Rule 7.1 is unnecessary, because Local Rule 7.1 is inapplicable and there is no page limit on claim construction briefs. Counsel for McKesson informed Epic of this fact and questions Epic's need to bring this issue to the Court's attention.

## **LOCAL RULE 7.1(D) CERTIFICATION**

Undersigned counsel hereby certifies that this Brief has been prepared in Times New Roman 14 pt., which is one of the font and point selections approved by the Court under Local Rule 5.1(B).

                                        Respectfully Submitted,

Dated:  October 25, 2007       WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

*/s/ K. Matthew Miller*_____
K. Matthew Miller (NC Bar No. 27974)
Timothy G. Barber (NC Bar No. 12851)
One Wachovia Center, Suite 3500
301 South College Street
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4937
tim.barber@wcsr.com
matt.miller@wcsr.com

Jacquelyn D. Austin (SC Bar No. 10395)
Admitted Pro Hac Vice
P.O. Box 10208
550 South Main St., Suite 400
Greenville, SC 29603
Telephone: (864) 255-5406
jaustin@wcsr.com

Adam S. Katz (GA Bar No. 408661)
One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone : (404) 872-7000
akatz@wcsr.com

George Pazuniak (DE Bar No. 478)
Gerard M. O'Rourke(DE Bar No. 3265)

222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: (302)-252- 4320
gpazuniak@wcsr.com
gorourke@wcsr.com

*ATTORNEYS FOR MCKESSON INFORMATION SOLUTIONS LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2007, I electronically filed the foregoing *MCKESSON'S RESPONSE TO DEFENDANT EPIC SYSTEM CORPORATION'S MOTION TO EXCEED PAGE LIMITATIONS* with the Court's CM/ECF system, which will send email documentation to the following attorneys of record:

    BBoice@kilpatrickstockton.com
    SMoore@kilpatrickstockton.com
    CHolloway@kilpatrickstockton.com

    /s/ *K. Matthew Miller*