UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>EPIC SYSTEMS CORPORATION,<br><br>         Defendant. | CIVIL ACTION FILE<br><br>1:06-cv-2965-JTC |

### J U D G M E N T

This action having come before the court, Honorable Jack T. Camp, United States District Judge, for consideration of the parties' motions for summary judgment, and the court having granted in part the defendant's motion as to the plaintiff's claims of infringement, it is

**Ordered and Adjudged** that the plaintiff recover nothing, that the defendant recover its costs of this action, and that this action be, and the same hereby is **dismissed.**

Dated at Atlanta, Georgia, this 11th day of February, 2010.

                                                            JAMES N. HATTEN
                                                            CLERK OF COURT
                                                            By:    s/Sherry Gibbons
                                                                   Sherry Gibbons
                                                                   Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 11, 2010
James N. Hatten
Clerk of Court
By: s/Sherry Gibbons
        Sherry Gibbons
        Deputy Clerk