UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MCKESSON INFORMATION SOLUTIONS LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>EPIC SYSTEMS CORPORATION, et al,<br><br>           Defendants. | CIVIL ACTION FILE<br><br>NO.  1:06-cv-02965-SCJ |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE