

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 19 2012

JAMES N. HATTEN, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MCKESSON TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>EPIC SYSTEMS CORPORATION<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 1:06-CV-2965-SCJ |

## [~~proposed~~] ORDER STAYING CASE

WHEREFORE, it being before this Court that the parties jointly request stay of this action pending the Supreme Court's consideration of Epic's Petition for Writ of *Certiorari*; and

It having been shown that the delay is in the interest of judicial economy and is not requested merely for the purposes of delay

IT IS HEREBY ORDERED that this case be STAYED in its entirety pending outcome of the Supreme Court's consideration of Epic's Petition for Writ of *Certiorari* and any substantive proceedings that may emanate from that consideration. The STAY also applies to any need to re-allege or re-urge matters previously found by this Court to be moot in light of the summary judgment ruling

US2000 12644464 1

giving rise the current state of appeal. Specifically, the STAY applies to Epic's Counterclaims of Invalidity and Inequitable Conduct, McKesson's Motion for Summary Judgment of No Inequitable Conduct (Dkt. No. 313), and Epic's Motion for Summary Judgment (Dkt. No. 314).

Epic will keep the Court apprised of any developments in the Supreme Court's consideration of Epic's Petition for Writ of *Certiorari*.

So ORDERED this 19th day of December, 2012.

/s/ Steve C. Jones
District Court Judge
Northern District of Georgia